UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL KNOWLES, ET AL.<br><br>   Defendants. | CASE NO. CV 1-07-00750-DCB<br><br>**ORDER LEAVE TO TAKE DEPOSITION OF PERSON CONFINED IN PRISON AND TO DO SO BY REMOTE MEANS** |

The Court has read and considered Defendant's Request for Leave to Take Deposition of Person Confined in Prison and To Do So By Remote Means. It appears to the Court that good cause exists for Defendant to take plaintiff's deposition while he is incarcerated in prison and to permit the deposition be taken by remote means, i.e., videoconferencing, if videoconferencing is available.

IT IS THEREFORE ORDERED that Defendant's Request for Leave to Take Deposition (doc. 20) is GRANTED, and Defendant may take Plaintiff's deposition in regard to this action while he is incarcerated in prison and may choose to take the deposition by remote means, i.e., video-conferencing, if such is available.

DATED this 22nd day of September, 2010.

David C. Bury
United States District Judge

i