UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAUN DARNELL GARLAND, | ) | CASE NO. CV 1-07-00750-DCB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANTS'** *EX* |
| | ) | ***PARTE* APPLICATION TO MODIFY** |
| vs. | ) | **DEADLINE TO DEPOSE THE** |
| | ) | **PLAINTIFF** |
| MICHAEL KNOWLES, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This Court, having read and considered Defendant's *Ex Parte* Application to Modify the Scheduling Order, and good cause appearing:

**IT IS ORDERED** that the Motion to Modify the Deadline to Depose Plaintiff (doc. 21) is GRANTED, and the deadline to take plaintiff's deposition is continued to October 20, 2010.

DATED this 22nd day of September, 2010.

David C. Bury
United States District Judge